IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JACOB O'NEAL,

     Appellant,

v.

PETENA O'NEAL,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-36

Opinion filed November 23, 2016.

An appeal from the Circuit Court for Duval County.
Linda F. Mccallum, Judge.

Jacob O'Neal, pro se, Appellant.

Jonathan J. Luca of Muench & Luca, PLLC, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 1979).

ROBERTS, C.J., WETHERELL, and BILBREY, J., CONCUR.